**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YENNIER VELÁZQUEZ ALMAGUER,

Petitioner,

v.

THE WARDEN OF THE ADELANTO IMMIGRATION DETENTION FACILITY, ETC., *et al.,*

Respondents.

No. ED CV 26-4457-DMG(E)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) the action is re-transferred to the United States District Court for the Eastern District of California.

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Petitioner and on all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 15, 2026

Dolly M. Gee
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE